**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| In re: | GLENN THOMAS CLAY, SR  EUGENIA PUGH CLAY  Debtor(s) | CASE NO.   10-62334  CHAPTER   13 |
|---|---|---|

**O R D E R**

A hearing was held in the above-captioned case on 4/14/11. The outcome of said hearing was to be embodied in an order to be submitted by L. Richard Padgett, Jr., Esq. No order has been submitted within the time allowed by Local Rule 9072-1. Accordingly, it is

**O R D E R E D**

That L. Richard Padgett, Jr., Esq. shall appear before this Court on May 26, 2011 at 10:00A.M., Bankruptcy Courtroom, U.S. Courthouse, 1101 Court Street, Room 210, Lynchburg, Virginia, to SHOW CAUSE why such Order was not submitted to the Court as required by such rule, and if good cause not be shown, further to SHOW CAUSE why a monetary or other sanction should not be imposed upon such counsel for such failure. Submission of such Order and its entry by the Court prior to such hearing shall not cancel such hearing but shall be given such consideration as the Court shall determine appropriate.

Copies of this order are directed to be sent to the United States Trustee or chapter trustee, as applicable; and to L. Richard Padgett, Jr., Esq.

Dated: 5/3/11

_____
**WILLIAM E. ANDERSON, JUDGE**

oscmga.frm