# Notice Recipients

District/Off: 0423−6  User: maddoxl  Date Created: 5/3/2011
Case: 10−62334  Form ID: pdf003  Total: 1

**Recipients of Notice of Electronic Filing:**
aty    L Richard Padgett    lrpjr@rbnet.com

TOTAL: 1