**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| IN RE: \* | |
| \* | CHAPTER 13 |
| GLEN THOMAS CLAY, SR., \* | |
| EUGENIA PUGH CLAY, \* | |
| \* | CASE NO. 10-62334 |
| Debtors \* | |
| AMERICAN GENERAL FINANCIAL \* | |
| SERVICES, INC.   NOW KNOWN AS \* | |
| SPRINGLEAF FINANCIAL SERVICES, INC. \* | |
| \* | |
| Plaintiff \* | MOTION NO. |
| \* | |
| v. \* | |
| \* | _____ |
| GLEN THOMAS CLAY, SR. \* | |
| EUGENIA PUGH CLAY \* | |
| and \* | |
| HERBERT L. BESKIN, TRUSTEE, \* | |
| \* | |
| Defendants \* | |

**ORDER GRANTING RELIEF OF STAY**

Upon consideration of the notice of default under AGREED ORDER (entered 01/21/11) filed by American General Financial Services, Inc., now k/a Springleaf Financial Services, Inc., and upon consideration of response filed by debtor(s), and after the hearing on April 14, 2011 (on debtors' notice); it is

**ORDERED**

that the automatic stay imposed by 11 U.S.C. §362 is modified/lifted to permit the movant and its agents, successors and assigns to enforce its rights under its security agreement and deed of trust to lawfully execute the terms of said deed of trust relative to certain real property known as 19 Ivy Knoll Dr., Gladys, VA 24454: Lot 1, .85 acres,

1

plat entitled Ivy Knoll Subdivision, dated 09/21/72, PB 20, page 48 (County of Campbell) Tax Map #74A-4-1.

Any amended unsecured claim for a deficiency (which claim must include documents proving that it has liquidated its collateral and applied the proceeds of sale in accordance with applicable state law) must be filed by the Movant within 120 days from the date on which the order lifting stay is entered, or such claim against the bankruptcy estate shall be forever barred.

Upon entry of the order granting relief from the automatic stay of 11 U.S.C. §362, the Trustee will immediately cease making any payments on the Movant's secured claim which were required by the plan.

Done at <u>Lynchburg, Virginia</u>, this 6th day of <u>May</u>, 2011

_____
U.S. Bankruptcy Judge

Entered on Docket: _____

I ask for this:

   <u>/s/  L. Richard Padgett, Jr.</u>
L. Richard Padgett, Jr., Esquire
L. Richard Padgett, Jr., P.C.
VSB #16121
521 Boulevard
P.O. Box 1098
Salem, Virginia 24153
(540) 389-0102
*Counsel for Movant*

Seen:


___/s/ David Wright
David Wright, Esquire
COX LAW GROUP
900 Lakeside Dr.
Lynchburg, Virginia  24501
*Counsel for Defendant-Debtors*


*Seen:*

  /s/  Herbert L. Beskin
Herbert L. Beskin, Trustee

3